# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:03-00125 and |
| ) | 3:10-00088 |
| ) | Judge Trauger |
| RONALD W. KEARSEY ) | |

## **O R D E R**

A further hearing was held on the Petition to Revoke Supervision (Docket No. 10) on October 12, 2012. The defendant has now had stable employment since June, is paying on his restitution and has a stable living situation. It is therefore **ORDERED** that, by agreement, the Petition seeking sanctions for violations (Docket No. 10) is **DISMISSED**.

It is so **ORDERED**.

ENTER this 12th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge